# Court of Appeals
# of the State of Georgia

ATLANTA,____March 26, 2014____

*The Court of Appeals hereby passes the following order:*

**A14D0263. PAUL EUGENE CHERGI v. THE STATE.**

In 1996, Paul Eugene Chergi was convicted of armed robbery, possession of cocaine, felony obstruction of an officer, possession of a firearm while in the commission of a crime, and possession of a firearm by a convicted felon. Chergi was sentenced to life in prison, and his convictions were affirmed on appeal. See *Chergi v. State*, 234 Ga. App. 548 (507 SE2d 795) (1998). On August 9, 2012, the trial court entered an order denying Chergi's "Motion to Proceed Without Prepayment of Fees and Affidavit." Chergi filed his application for discretionary appeal on January 14, 2014.[1] We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Chergi filed his application 523 days after the entry of the order he seeks to appeal. Therefore, Chergi's application is untimely, and it is hereby DISMISSED.

---

[1] Chergi filed his application in the Supreme Court, which transferred it to this Court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 03/26/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                        *Stephen E. Castlen*
_____ , *Clerk.*